**Dismiss and Opinion Filed March 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00241-CV

### IN THE ESTATE OF NORMAN SIMON BROWN, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-04275-2**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Appellant has filed a motion stating he has elected to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

150241F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE ESTATE OF NORMAN SIMON
BROWN, DECEASED

No. 05-15-00241-CV

On Appeal from the Probate Court No. 2,
Dallas County, Texas
Trial Court Cause No. PR-14-04275-2.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Dorothy Brown recover her costs, if any, of this appeal from appellant Dr. Stephen Brown, DC.

Judgment entered March 18, 2015.